UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASHUR TALIPOV,

                Plaintiff,

-v-

THOMAS DECKER, et al,

                Defendants.

21-CV-470 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    At the request of the parties, this case is hereby transferred to the United States District Court for the District of New Jersey. The seven-day period provided in Local Rule 83.1 is waived, and the Clerk of Court is directed to effectuate the transfer forthwith.

    SO ORDERED.

Dated: February 11, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge